UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Frank Senior,

                Plaintiff,

-against-

Forum Health & Personal Care, LLC,

                Defendant.

25-CV-1473 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    The Court issued an Order on February 24, 2025 scheduling an initial pretrial conference for June 5, 2025 and setting a deadline for pretrial submissions. Dkt. 6. Plaintiff moved to adjourn the conference because defendant had not answered or appeared, Dkt. 8, and the Court denied the motion, Dkt. 9. In its Order denying plaintiff's motion, the Court instructed plaintiff to take the appropriate steps to seek a default judgment if defendant did not answer or appear by the deadline to do so. *Id.* Based on the Affidavit of Service, the deadline for defendant to answer has long since passed. Dkt. 7. But plaintiff has not moved for a default judgment.

    The initial pretrial conference is cancelled. If plaintiff wishes to continue with the case, it should (by **June 13, 2025**) begin the process for seeking a default judgment. **If no certificate of default is sought by that date, the case will be dismissed for failure to prosecute.**

    SO ORDERED.

Dated: June 4, 2025
       New York, New York

                                          ARUN SUBRAMANIAN
                                          United States District Judge